UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDOLPH W. MYRICK** | **CIVIL ACTION** |
| **VERSUS** | **NO:    10-1792** |
| **MARLIN GUSMAN, SHERIFF, ET AL.** | **SECTION: "J" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Randolph W. Myrick's claims against Sheriff Marlin Gusman are hereby **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the claims against Dr. Gore shall proceed forward.

New Orleans, Louisiana, this 18th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE